UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOANN MULLIGAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAFEWAY INC., d/b/a SAFEWAY STORE #1485; "JANE DOE EMPLOYEE" and "SPOUSE DOE", individually and/or the marital community composed thereof, if married; ALBERTSON'S COMPANIES, INC. ("ACI"), d/b/a ALBERTSON'S COMPANIES, LLC, ALBERTSON'S STORES SUB, LLC, ALBERTSON'S LLC and/or ALBERTSON'S COMPANIES SPECIALTY CARE, LLC,<br><br>        Defendants. | No. 2:23-cv-00865<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES |

**<u>ORDER</u>**

This matter came before the Court on the parties' Stipulated Motion to Continue Trial Date and Pretrial Deadlines.

The Court has reviewed the records and files herein, including the following:

1. Stipulated Motion to Continue Trial Date and Pretrial Deadlines.

IT IS HEREBY ORDERED that:

The Stipulated Motion to Continue Pre-Trial Deadlines is **GRANTED,** and it is hereby ordered that the expert witness disclosure deadlines and discovery cutoff are continued as set forth below:

| Description | Current Date | Proposed Date |
|---|---|---|
| **Jury Trial** | **September 23, 2024** | **March 24, 2025** |
| Disclosure of Expert Testimony under FRCP 26(a)(2) | March 27, 2024 | August 26, 2024 |
| All motions related to discovery must be noted on the motion calendar by | April 26, 2024 | September 26, 2024 |
| Discovery completed by | May 28, 2024 | October 28, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date | June 25, 2024 | November 25, 2024 |
| Mediation per LCR 39.1 | August 9, 2024 | February 7, 2025 |
| All Motions in Limine Due | August 26, 2024 | January 27, 2025 |
| Agreed LCR 16.1 Pretrial Order due | September 11, 2024 | February 11, 2025 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibit lists due | September 18, 2024 | February 18, 2025 |

ORDERED this 21st day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE