1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6

JOANN MULLIGAN,

No. 2:23-cv-00865 RSM

Plaintiff,

7

vs.

8

ORDER GRANTING STIPULATED
MOTION TO CONTINUE CERTAIN PRE-
TRIAL DEADLINES

9

10

11

12

13

SAFEWAY INC., d/b/a SAFEWAY STORE
#1485; "JANE DOE EMPLOYEE" and
"SPOUSE DOE", individually and/or the
marital community composed thereof, if
married; ALBERTSON'S COMPANIES, INC.
("ACI"), d/b/a ALBERTSON'S COMPANIES,
LLC, ALBERTSON'S STORES SUB, LLC,
ALBERTSON'S LLC and/or ALBERTSON'S
COMPANIES SPECIALTY CARE, LLC,

Defendants.

14

15

**ORDER**

16

This matter came before the Court on the parties' Stipulated Motion to Continue Certain

17

Pretrial Deadlines.

18

The Court has reviewed the records and files herein, including the following:

19

1.  Stipulated Motion to Continue Certain Pretrial Deadlines.

20

IT IS HEREBY ORDERED that:

21

The Stipulated Motion to Continue Certain Pretrial Deadlines is **GRANTED,** and it is

22

hereby ordered that the case schedule shall be amended as follows:

23

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

| Description | Current Date | Proposed Date |
|---|---|---|
| **Jury Trial** | **March 24, 2025** | **March 24, 2025** |
| Disclosure of Expert Testimony under FRCP 26(a)(2) | August 26, 2024 | November 26, 2024 |
| All motions related to discovery must be noted on the motion calendar by | September 26, 2024 | December 26, 2024 |
| Discovery completed by | October 28, 2024, | December 30, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date | November 25, 2024 | January 15, 2025 |
| All Motions in Limine Due | January 27, 2025 | February 10, 2025 |
| Agreed LCR 16.1 Pretrial Order due | February 11, 2025 | February 25, 2025 |

ORDERED this 19th day of August, 2024.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE


*Presented by:*

FORSBERG & UMLAUF, P.S.


_____
Kimberly A, Reppart, WSBA # 30643
*Attorneys for Defendants*

*Approved as to Form;*
*Notice of Presentation Waived:*

QUICK | LAW GROUP, PLLC

   *s/ Bradford Fulton*
_____
Bradford J. Fulton, WSBA #18036
Matthew D. Quick, WSBA #47455
*Attorney for Plaintiff*

ORDER GRANTING STIPULATED MOTION TO CONTINUE CERTAIN PRE-
TRIAL DEADLINES– 2
CAUSE NO. 2:23-cv-00865