Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOANN MULLIGAN,<br><br>   Plaintiff,<br><br>vs.<br><br>SAFEWAY INC., d/b/a SAFEWAY STORE #1485; "JANE DOE EMPLOYEE" and "SPOUSE DOE", individually and/or the marital community composed thereof, if married; ALBERTSON'S COMPANIES, INC. ("ACI"), d/b/a ALBERTSON'S COMPANIES, LLC, ALBERTSON'S STORES SUB, LLC, ALBERTSON'S LLC and/or ALBERTSON'S COMPANIES SPECIALTY CARE, LLC,<br><br>   Defendants. | No. 2:23-cv-00865-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE |

## I. STIPULATION

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

//

//

//

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS
AGAINST ALL DEFENDANTS WITH PREJUDICE – 1
Case No.: 2:23-cv-00865

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4902-5548-0886, v. 1

1 | Dated this 6th day of May, 2025.

2 | FORSBERG & UMLAUF, P.S.

3 | *[signature]*

4 | Kimberly A. Reppart, WSBA #30643
Kevin C. Hormann, WSBA #60763
5 | *Attorneys for Defendants*

Dated this 17th day of April, 2025.

QUICK | LAW GROUP, PLLC

*[signature]*

Bradford J. Fulton, WSBA #18036
Matthew D. Quick, WSBA #47455
*Attorney for Plaintiff*

## II.  ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

Dated: May 13, 2025

*[signature]*
Honorable

*Presented by:*

FORSBERG & UMLAUF, P.S.

*[signature]*

Kimberly A. Reppart, WSBA #30643
Kevin C. Hormann, WSBA #60763
*Attorneys for Defendants*

*Approved for Entry;*
*Notice of Presentation Waived*

QUICK | LAW GROUP, PLLC

*[signature]*

Bradford J. Fulton, WSBA #18036
Matthew D. Quick, WSBA #47455
*Attorney for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS
AGAINST ALL DEFENDANTS WITH PREJUDICE – 2
Case No.: 2:23-cv-00865

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4902-5548-0886, v. 1